# EXHIBIT "A"

# Exhibit "A"

| Folio | Legal Description |
|---|---|
| 30-3111-023-0260 | CORR PLAT OF LIBERTY CITY PARK<br>PB 41-65 LOT 11 BLK 2 |
| 30-3111-035-1250 | STEPHENS MANOR PB 14-18<br>LOT 21 BLK 8 |
| 30-3111-038-0210 | COMM LIBERTY CITY 2ND SEC<br>PB 18-55 LOTS 33 & 34 BLK 8 |
| 30-3115-005-2110 | LIBERTY CITY PB 7-79<br>LOT 19 BLK 8 |
| 30-3115-005-2970 | LIBERTY CITY PB 7-79<br>LOT 17 BLK 11 |
| 30-3115-005-3780 | LIBERTY CITY PB 7-79<br>LOT 11 BLK 14 |
| 30-3115-005-3800 | LIBERTY CITY PB 7-79<br>LOT 13 BLK 14 |
| 30-3115-005-5250 | LIBERTY CITY PB 7-79<br>LOT 5 BLK 19 |
| 30-3122-000-0071 | S 46 FT OF N 108FT OF S1/2 OF SE 1/4 OF NW1/4<br>OF NW1/4 LESS W 532 FT & LESS E 25FT |
| 01-3113-042-1250 | BUENA VISTA GDNS PB 5-45<br>LOT 2 LESS W40.20FT LYG IN R/W BLK 8 |
| 01-3113-051-0100 | ROCKMOOR VILLA TR PB 4-182<br>LOT 1 BLK 2 |
| 01-3113-065-1170 | DIXIE HIGHWAY TR PB 5-24<br>LOT 2 BLK 9 |
| 01-3114-018-0090 | NEW LIBERTY CITY PB 39-28<br>LOT 10 LESS S 5FT BLK 1 |
| 01-2122-014-1180 | 17TH AVE MANOR PB 18-43<br>LOT 5 BLK 7 |
| 01-3122-047-0060 | 17TH AVE MANOR 2ND ADD PB 21-23<br>LOT 8 BLK 1 |
| 30-3115-010-0180 | BULLARDS PB 9-96 LOT 20<br>LOT SIZE 50.000 X 70 |
| 30-3121-000-0050 | BEG AT SE COR OF SW1/4 OF SW1/4 OF NE1/4 N 115FT<br>& W244.4FT FOR POB TH N40FT W90FT S 40FT<br>E90FT TO POB |
| 30-3121-033-0760 | LAURAVILLE GARDENS PB 22-28<br>LOT 13 BLK 5 |
| 30-3115-005-2411 | LIBERTY CITY PB 7-79<br>LOT 25 BLK 9 |

| | |
|---|---|
| 01-3122-035-0871 | ALLAPATTAH SCHOOL PB 5-99<br>LOT 88 BLK 6 |
| 30-3115-005-2920 | LIBERTY CITY PB 7-79<br>LOT 11 BLK 11 |
| 01-3113-060-0270 | BISCAYNE AVE TR PB 3-195<br>LOT 16 BLK 3 |
| 01-3112-012-0450 | LITTLE RIVER GARDENS AMD PB 6-51<br>LOT 6 LESS ST BLK 15 |
| 01-3112-013-0170 | LITTLE RIVER GARDEN PL BLKS 18 TO 23 INC PB 6-153<br>LOT 10 LESS W 10 FT BLK 20 |
| 01-3112-013-0510 | LITTLE RIVER GARDENS PL BLKS 14 TO 23 INC PB 6-153<br>LOT 19 LESS W35FT BLK21 |
| 01-3113-051-0020 | ROCKMOOR VILLA TR PB 4-182<br>LOT 2 BLK 1 |
| 30-3121-000-0400 | BEG SE COR OF SW1/4 - SW1/4 -<br>NE1/4 N394FT & W244.4FT FOR POB<br>TH N80FT W90FT S80FT E90FT<br>TO POB |
| 30-3115-018-0640 | 22ND AVE HTS PB 45-3 LOT 5 BLK 5 |
| 30-3115-005-5590 | LIBERTY CITY PB 7-79<br>LOT 7 BLK 20 |
| 01-3114-018-1180 | NEW LIBERTY PB 39-28<br>LOT 31 BLK 5 |