# EXHIBIT "B"



**Board of County Commissioners**
*Keon Hardemon*
COMMISSIONER

November 28, 2023

Re: Extension on Development Timeline for Affordable Homeownership Project

Dear Neighbors and Neighbors Association Inc.:

    This letter serves as notice that this office will seek Board of Commissioners approval to grant an additional one-year extension from the date of the executed amended deed for the 29 properties conveyed to your organization per Resolution R-1170-22 in attachment A. The deadline for development after the previous extension is January 31, 2024. You have made some progress towards completion, but we recognize the challenges that have arisen during the development of the lots. Thus, we are amenable to you continuing your efforts. Moreover, we understand the importance of providing affordable housing options to our community and we intend to continue working with you to ensure these housing developments are successful.

Best regards,

Keon Hardemon

## Attachment A

| | | |
|---|---|---|
| 1 | 01-3113-042-1250 | 5532 NW 6 AVE |
| 2 | 01-3113-065-1170 | 294 NE 58 ST |
| 3 | 01-3113-051-0100 | 137 NE 60 ST |
| 4 | 30-3111-035-1250 | 1021 NW 76 ST |
| 5 | 30-3111-038-0210 | 1477 NW 73 ST |
| 6 | 30-3111-023-0260 | 7250 NW 16 AVE |
| 7 | 01-3114-018-1180 | 1580 NW 69 ST |
| 8 | 01-3114-018-0090 | 1541 NW 67 ST |
| 9 | 30-3115-005-5590 | 1854 NW 68 TER |
| 10 | 30-3115-005-5250 | 1876 NW 68 ST |
| 11 | 30-3115-005-2110 | 1714 NW 66 ST |
| 12 | 30-3115-005-2411 | 1723 NW 64 ST |
| 13 | 30-3115-005-2970 | 1724 NW 63 ST |
| 14 | 30-3115-005-2920 | 1784 NW 63 ST |
| 15 | 30-3115-005-3800 | 1818 NW 63 ST |
| 16 | 30-3115-005-3780 | 1822 NW 63 ST |
| 17 | 30-3115-010-0180 | 6235 NW 20 AVE |
| 18 | 01-3122-014-0481 | 1886 NW 50 ST |
| 19 | 30-3122-000-0071 | 5032 NW 24 AVE |
| 20 | 30-3121-000-0050 | S of 4624 NW 31 Ct |
| 21 | 30-3121-033-0760 | 4230 NW 31 AVE |
| 22 | 01-3122-014-1180 | 1866 NW 47 TER |
| 23 | 01-3122-047-0060 | 1744 NW 44 ST |
| 24 | 01-3122-035-0871 | 1871 NW 41 ST |
| 25 | 01-3112-012-0450 | 8120 NE 1 AVE |
| 26 | 01-3112-013-0170 | 8211 NE MIAMI CT |
| 27 | 01-3112-013-0510 | 8294 NE MIAMI CT |
| 28 | 01-3113-051-0020 | 128 NW 60 ST |
| 29 | 01-3113-060-0270 | 152 NW 58 ST |